**James A. BARNARD, Respondent,**

v.

**TREASURER OF The STATE OF MISSOURI as Custodian of the Second Injury Fund, Appellant.**

**No. WD 60295.**

Missouri Court of Appeals, Western District.

April 23, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Christopher R. Smith, Asst. Atty. Gen., Kansas City, MO, for appellant.

Michael A. Knepper, Kansas City, MO, for respondent.

Before LOWENSTEIN, P.J., NEWTON and HOLLIGER, JJ.

### ORDER

PER CURIAM.

The Second Injury Fund appeals the Industrial Relations Commission's ruling allowing the respondent to amend his claim alleging preexisting psychiatric disability, which combined with his compensa-

ble injury, rendered him permanently and totally disabled. Affirmed. Rule 84.16(b).